In the Matter of the Application of Kuhn, Loeb & Company, Appellant, for Leave to Sue James Virdone, Heretofore Appointed Receiver, Respondent, in the Action Entitled: The People of the State of New York, Respondent, v. Jay T. McCoy and Others, Individually and as Copartners, Doing Business under

the Firm Name and Style of JAY T. McCOY & COMPANY, Defendants.— Order modified so as to provide that the allowance be increased to an amount based on four months' use and occupation, the amount thereof to be fixed on the settlement of the order, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur. Settle order on two days' notice.